# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: MICHELLE R. JOHNSON
PO BOX 619
BYRON, IL  61010

SSN-xxx-xx-8049

Case Number: 04-73908

| | | |
|---|---|---|
| Case filed on: | 8/5/2004 |
| Plan Confirmed on: | 10/15/2004 |

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $11,184.42

Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | |
| 000 | LAW OFFICE OF MACEY & ALEMAN | 1,500.00 | 1,500.00 | 1,500.00 | 0.00 |
| | Total Legal | 1,500.00 | 1,500.00 | 1,500.00 | 0.00 |
| | | | | | |
| 004 | ACCOUNTS RECOVERY SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ALLIED BUSINESS ACCOUNTS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | COTTONWOOD FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | CREDITORS PROTECTION SERVICE, INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | ROCKFORD MERCANTILE AGENCY INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | ATTORNEY TERRY HOSS & | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | |
| 999 | MICHELLE R. JOHNSON | 0.00 | 0.00 | 492.98 | 0.00 |
| | Total Debtor Refund | 0.00 | 0.00 | 492.98 | 0.00 |
| | | | | | |
| 001 | SECURITY FINANCE | 250.00 | 250.00 | 250.00 | 19.41 |
| 002 | WELLS FARGO FINANCIAL ACCEPTANCE | 6,240.00 | 6,240.00 | 6,240.00 | 667.80 |
| | Total Secured | 6,490.00 | 6,490.00 | 6,490.00 | 687.21 |
| | | | | | |
| 001 | SECURITY FINANCE | 310.00 | 31.00 | 31.00 | 0.00 |
| 002 | WELLS FARGO FINANCIAL ACCEPTANCE | 3,576.79 | 357.68 | 357.68 | 0.00 |
| 003 | A.F. CASTROGIOVANNI, D.D.S. | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ADVANCE CASH EXPRESS | 450.00 | 45.00 | 45.00 | 0.00 |
| 007 | AMCORE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | AMERICAN CASH-N-GO | 903.70 | 90.37 | 90.37 | 0.00 |
| 009 | CAMELOT RADIOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CAPITAL ONE | 566.39 | 56.64 | 56.64 | 0.00 |
| 011 | CASH ASAP | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | CASH BOX LLC | 229.40 | 22.94 | 22.94 | 0.00 |
| 013 | CHECK INTO CASH | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | FEATHERSTONE CLINIC | 105.42 | 10.54 | 10.54 | 0.00 |
| 017 | FSM GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | ILLINI CASH ADVANCE, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | JACK W. LENOX | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | MAYO CLINIC | 59.92 | 5.99 | 5.99 | 0.00 |
| 022 | NCO FINANCIAL SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | OSF COMMON BUSINESS OFFICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | PD6 MARKETING / THE LOAN SHOP | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | MUTUAL MANAGEMENT SERVICES | 158.00 | 15.80 | 15.80 | 0.00 |
| 026 | CREDITORS PROTECTION SERVICE, INC | 852.00 | 85.20 | 85.20 | 0.00 |
| 027 | ROCKFORD GASTROENTEROLOGY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | SHOREWOOD APARTMENTS | 2,996.00 | 299.60 | 299.60 | 0.00 |
| 030 | ROUNDUP FUNDING LLC | 389.97 | 39.00 | 39.00 | 0.00 |
| 032 | THE CASH STORE LTD II | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | UNITED CASH LOANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | SHOREWOOD APARTMENTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | ATTORNEY TERRY HOSS & | 153.00 | 15.30 | 15.30 | 0.00 |
| 036 | PHYSICIANS IMMEDIATE CARE | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | ALLIED BUSINESS ACCOUNTS INC | 182.75 | 18.28 | 18.28 | 0.00 |
| 038 | ROCKFORD HEALTH SYSTEMS/ | 777.45 | 77.75 | 77.75 | 0.00 |
| 039 | COTTONWOOD FINANCIAL | 360.71 | 36.07 | 36.07 | 0.00 |
| 040 | ROCKFORD MERCANTILE AGENCY INC | 1,015.74 | 101.57 | 101.57 | 0.00 |
| | Total Unsecured | 13,087.24 | 1,308.73 | 1,308.73 | 0.00 |
| | | | | | |
| | Grand Total: | 21,077.24 | 9,298.73 | 9,791.71 | 687.21 |

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Total Paid Claimant:     $10,478.92
Trustee Allowance:        $705.50
Percent Paid Unsecured:    100.00

      Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

   _/s/ Lydia S. Meyer_____
   Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 02/29/2008          By  _/s/Heather M. Fagan_